DANIEL G. BOGDEN
United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
Telephone:     (702) 388-6336

MARK S. SCHWARZ
Special Assistant
United States Attorney
Washington Bar No. 33678
110 City Parkway
Suite 301
Las Vegas, Nevada  89106
Telephone: (702) 868-5154 (office)
           (702) 868-5135 (direct line)
           (702) 868-5440 (facsimile)
email:  Mark.S.Schwarz@irscounsel.treas.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 09-cv-2114 |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL YOUNG CHANG ) | |
| ) | |
| Respondent. ) | |

**PETITION TO ENFORCE AN INTERNAL REVENUE SERVICE SUMMONS**

The United States of America hereby petitions this Court for an order to enforce an Internal Revenue Service ("IRS") Summons served on respondent Michael Young Chang:

1. Jurisdiction over this matter is conferred upon this Court pursuant to 26 U.S.C. §§ 7402(b) and 7604(a).

2. Venue over this matter is proper in the Southern Division of the District of Nevada because the respondent named herein resides 16 Morning Sky Lane, Las Vegas, Nevada 89135.

3. Walter G. Swall is a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division of the

Internal Revenue Service and is authorized to issue Internal Revenue Service summonses pursuant to the authority contained in Section 7602 of Title 26 U.S.C., and Treasury Regulation Section 301.7602-1, 26 C.F.R. § 301.7602-1.  A declaration of Revenue Officer Walter G. Swall is attached to and incorporated herein as Exhibit 1.

    4.   Revenue Officer Swall is in the process of attempting to collect the outstanding tax liability of taxpayer Scott Carpenter, for employment tax periods ending December 31, 2005; March 31, 2006; June 30, 2006; December 31, 2006; June 30, 2007; September 30, 2007; and December 31, 2007.

    5.   The respondent, Michael Young Chang, is in possession and control of testimony, books, records, papers, and other data which are relevant to the above-described investigation.  The respondent sold a 2005 Porsche automobile with VIN WPOAB29955S685233 to taxpayer Scott Carpenter.  The respondent continues to maintain a lien holder's interest in the automobile. Revenue Officer Swall has requested that the respondent provide information regarding the balance owed to the respondent for the purpose of determining the equity in the subject vehicle.

    6.   On May 21, 2009, Revenue Officer Swall sent Letter 1029 to the respondent requesting the current status of taxpayer Scott Carpenter's obligation to the respondent for the purchase of the vehicle.  A copy of Letter 1029 is attached hereto and incorporated herein as Exhibit 2.  Respondent did not respond. On June 9, 2009, a copy of the May 21, 2009 letter was sent to

the respondent via facsimile transmission.  A copy of the fax cover sheet is attached hereto and incorporated herein as Exhibit 3.  Respondent did not respond.  On June 22, 2009, a second copy of the May 21, 2009 letter was sent to the respondent by facsimile transmission.  (See exhibit 3).  Respondent again did not respond.

    7.   On July 14, 2009, an Internal Revenue Service summons was issued by Revenue Officer Swall directing the respondent, Michael Young Chang, to appear before Revenue Officer Swall on July 24, 2009, at 1:30 PM to testify and to produce the books, records, and other documents demanded in the summons.  The summons is attached to Revenue Officer Swall's Declaration as Exhibit A.  An attested copy of the summons was personally served on the respondent, Michael Young Chang, by attaching a copy of the summons to the door of respondent's personal residence on July 14, 2009.  The certificate of service of the summons is attached to Revenue Officer Swall's Declaration as Exhibit A.

    8.   On July 24, 2009, the respondent, Michael Young Chang, did not appear in response to the summons.

    9.   On September 8, 2009, The Office of Chief Counsel sent to respondent two copies of what is commonly referred to as a "last chance letter" via certified and regular mail.  The last chance letter is attached as Exhibit 4.  The letter sent via certified mail has not yet been claimed and has not yet been returned.  The "last chance letter" set a new date to comply with the summons for September 23, 2009 and informed the respondent

that if respondent does not appear and provide the requested information on the newly set summons date, then the IRS would begin legal proceedings to enforce the summons.

10. On September 23, 2009, the respondent did not appear to the last chance appointment.

11. Respondent's refusal to comply with the summons continues to date as set forth in the Declaration of Revenue Officer Swall, attached hereto as Exhibit 1.

12. The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

13. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

14. It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to collect the Federal tax liability of Scott Carpenter, for employment tax periods ending December 31, 2005; March 31, 2006; June 30, 2006; December 31, 2006; June 30, 2007; September 30, 2007; and December 31, 2007.

WHEREFORE, the United States respectfully prays as follows:

1. That the Court issue an order directing the respondent, Michael Young Chang, to show cause, if any, why respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.

2. That the Court enter an order directing the respondent, Michael Young Chang, to obey the aforementioned summons and each

and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer Swall or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Swall, or any other proper officer or employee of the Internal Revenue Service.

    3.   That the United States recovers its costs in maintaining this action.

    4.   That the Court grants such other and further relief as is just and proper.

DANIEL G. BOGDEN
United States Attorney

Date:  November 4, 2009   By: /s/ Mark S. Schwarz
MARK S. SCHWARZ
Special Assistant
United States Attorney
110 City Parkway, Suite 301
Las Vegas, NV 89106
Tel. 702-868-5135
Fax. 702-868-5440
E-mail: Mark.S.Schwarz@irscounsel.treas.gov

5